# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| GWENDOLYN GILL CARANCHINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   10-0672-CV-W-DGK |
| ) | |
| BANK OF AMERICA, N. A., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now before the Court is Plaintiff's request for a paralegal to attend the Rule 26 conference (Doc. 147) and request for appointment of a magistrate judge to oversee discovery (Doc. 149).   After carefully considering Defendants' responses (Docs. 155 and 156) and Plaintiff's reply suggestions (Doc. 182), the Court rules as follows.

Given that Mr. Krieger is not a paralegal for any attorney in this case and there is a suggestion that he may be called as a witness, Plaintiff's request for him to attend the Rule 26 conference (Doc. 147), or any other proceeding not open to the public without the prior consent of all parties, is DENIED.

Plaintiff's request for appointment of a magistrate judge to oversee discovery (Doc. 149) is also DENIED.   The Court encourages the parties to work together so that this case proceeds in an amicable manner.   If the parties cannot resolve their differences with respect to a particular discovery issue, they should strictly follow the steps outlined in Local Rule 37.1 and then, if they still cannot reach a solution, consult the Court.   The Court cautions the parties that it may impose sanctions under Rule 37 or any other applicable rule for abusive behavior in the course of discovery or in the course of this litigation generally.

**IT IS SO ORDERED.**

Dated:  May 25, 2012                                    /s/ Greg Kays
                                                                     GREG KAYS, JUDGE
                                                                     UNITED STATES DISTRICT COURT